**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BRETT HARRISON POWELL,** | * | |
| | * | |
| **Petitioner,** | * | |
| | * | |
| **vs.** | * | **CIVIL ACTION NO. 26-00347-KD-B** |
| | * | |
| **MAJOR STEPHEN ARTHUR, *et al.*,** | * | |
| | * | |
| **Respondents.** | * | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the report and recommendation to which objection (Doc. 3) is made, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated October 14, 2026 (Doc. 2) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Brett Harrison Powell's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. 1) and this action are **DISMISSED without prejudice**.

The Court finds that Petitioner Powell is not entitled to the issuance of a certificate of appealability and is not entitled to proceed *in forma pauperis* on appeal.

DONE and ORDERED this 10th day of November 2026.

**s/ Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**